**W. J. ECHOLS, Jr., Petitioner, v. COMMIS-SIONER OF INTERNAL REVENUE.**

No. 9442.

Circuit Court of Appeals, Eighth Circuit.

Sept. 1, 1932.

Fadjo Cravens, of Ft. Smith, Ark., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Maxwell M. Mahany, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Order of Board of Tax Appeals affirmed, and petition to review dismissed on stipulation of parties that cause abide decision in case No. 9441, Mont S. Echols v. Commissioner of Internal Revenue, 61 F.(2d) 191, in which opinion was filed August 20, 1932.

**W. J. ECHOLS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 9443.

Circuit Court of Appeals, Eighth Circuit.

Sept. 1, 1932.

Fadjo Cravens, of Ft. Smith, Ark., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Maxwell M. Mahany, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Order of Board of Tax Appeals affirmed, and petition to review dismissed on stipulation of parties that cause abide decision in case No. 9441, Mont S. Echols v. Commissioner of Internal Revenue, 61 F.(2d) 191, in which opinion was filed on August 20, 1932.

**Fannie ECHOLS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 9444.

Circuit Court of Appeals, Eighth Circuit.

Sept. 1, 1932.

Fadjo Cravens, of Ft. Smith, Ark., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Maxwell M. Mahany, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Order of Board of Tax Appeals affirmed and petition to review dismissed on stipulation of parties that cause abide decision in case No. 9441, Mont S. Echols v. Commissioner of Internal Revenue, 61 F.(2d) 191, in which opinion was filed on August 20, 1932.

**Charles M. EGAN, Receiver of the Federal Metal Bed Company, v. CHICAGO TITLE & TRUST COMPANY, Receiver.**

No. 4832.

Circuit Court of Appeals, Seventh Circuit.

Sept. 22, 1932.

Robert Edelson and Hyland J. Paullin, both of Chicago, Ill., for appellant.

Walter H. Eckert, of Chicago, Ill., for appellee.

Before ALSCHULER and SPARKS, Circuit Judges.

PER CURIAM.

Pursuant to a stipulation of counsel filed herein, it is now here ordered by the court that this appeal be, and the same is hereby, dismissed, without costs.